**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

OCT 05 2022

BY
DEPUTY_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 1:22-CR- 89 |
| | § | |
| FRANCISCO DARWIN RODRIGUEZ CHELE (1) | § | Crone — Hawthorn |
| JOSE LUIS MORA BAILON (2) | § | |

## NOTICE OF CASE ASSOCIATION

Pursuant to General Order No. 92-15, it is requested that this case be assigned to the

Honorable Marcia Crone to whom the following related case was assigned:

USA v. JOSE FELICIANO GONGORA-SOLIS, ET AL (4:16-CR-164)
USA v. ALBERTO GARCIA BONILLA, ET AL (1:22-CR-8)

In giving this written notice to the Court and Clerk, I certify that this request for

specific judge assignment in lieu of random draw is solely for the intent and purpose

specified in General Order No. 92-15.

Signed this 5th day of October, 2022.

Respectfully submitted,

BRIT FEATHERSTON
UNITED STATES ATTORNEY

*/s/ Christopher T. Rapp*
CHRISTOPHER T. RAPP
Assistant U. S. Attorney
Arizona Bar No. 025704
550 Fannin St., Suite 1250
Beaumont, Texas   77701
(409) 839-2538
(409) 839-2550 (fax)
christopher.t.rapp@usdoj.gov