IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 1:22-CR-00089 |
| | § | Judge Marcia A. Crone |
| FRANCISCO DARWIN RODRIGUEZ CHELE (1) | § | |
| JOSE LUIS MORA BAILON (2) | § | |

## NOTICE OF APPEARANCE OF CO-COUNSEL

The United States hereby designates the following Assistant United States Attorney as Co-Counsel in this case and respectfully requests that the same be noted by the Clerk of the Court and that Reynaldo Padilla Morin be added to the list of counsel in this case to receive all future notices, orders, and filings via the Court's CM/ECF system.

Respectfully submitted,

DAMIEN M. DIGGS
UNITED STATES ATTORNEY

*/s/ Reynaldo Padilla Morin*
Reynaldo Padilla Morin
Assistant U. S. Attorney
Eastern District of Texas
Texas Bar No. 00789504
550 Fannin, Suite 1250
Beaumont, Texas 77701
(409) 839-2538
Reynaldo.Morin@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent by ECF notification to counsel of record for defendant listed herein on this the 19th day of December, 2023.

/s/ Reynaldo Padilla Morin
Reynaldo Padilla Morin

2